**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61405-CIV-ALTONAGA**

**YUSNEY SERRANO PASTRANA**,

Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL**
**CENTER**, *et al.*,

Respondents.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** came before the Court *sua sponte*.  On May 5, 2026,[1] *pro se* Petitioner,

Yusney Serrano Pastrana filed a Petition for Writ of Habeas Corpus [ECF No. 1], challenging his

immigration detention at the Broward Transitional Center in Pompano Beach, Florida.  (*See*

*generally id.*).

Being fully advised, it is

**ORDERED** as follows:

1.  Counsel for Respondents shall notify the Court of receipt of this Order and the name of

the Assistant United States Attorney to whom the case is assigned.

2.  On or before **May 22, 2026**, Respondents shall file a memorandum of fact and law

("response") to show cause why the Petition should not be granted and shall file all documents and

transcripts necessary for resolution of the Petition.  *See* 28 U.S.C. § 2243 (requiring a response to

---

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) (citations omitted).  "Absent evidence to the contrary, [the Court assumes] that a prisoner delivered a filing to prison authorities on the date that he signed it." *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (alteration added; citation omitted).

an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3. Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

4. Petitioner may, but is not required to, file a reply within **fourteen (14) days** of the date on which the Court dockets Respondents' response, which date is shown by the response's certificate of service.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**